FILED
7/11/16 8:54 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
  BRUCE A. HERSTER                      :       Case No. 16-10001-TPA
         *Debtor*                       :       Chapter 13
                                       :
                                       :       Related to Doc No. 23

## ORDER

A hearing was held on July 6, 2016, on the Debtor's contested *Plan dated March 24, 2016*. At said hearing the Chapter 13 Trustee advised the Court that the debtor failed to make plan payments due to issues with his wage attachment. The debtor advised that the wage attachment would be in place and would like to continue with his Chapter 13 case. Therefore,

*AND NOW,* this *11th* day of *July, 2016*, it is hereby **ORDERED, ADJUDGED and DECREED** that the Debtor shall timely make full plan payments in the increased amount of $939 as of July, 2016 to the Chapter 13 Trustee, on or before the date upon which the respective plan payment is due, *time being of the essence,* commencing with July, 2016. Approved wage attachment remittances shall be considered a "plan payment" for purposes of this Order. For the duration of this bankruptcy case, in the event that the Debtor fails to make any subsequent plan payments to the Trustee then the stay of this Order shall be vacated and the case dismissed upon the filing of an Affidavit of Default by Movant or the Trustee without further hearing or without entry of an additional order. Such Affidavit of Default shall contain a statement of the default as supported by the creditor's own records as well as the records of the Trustee.

                                                 Thomas P. Agresti, Judge    ljm
Case administrator to serve:             United States Bankruptcy Court
    Debtor
    David Graban, Esq.
    Ronda Winnecour, Esq. Chapter 13 Trustee

1

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 16-10001-TPA
Bruce A. Herster                                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1        User: mgut            Page 1 of 1            Date Rcvd: Jul 11, 2016
                            Form ID: pdf900       Total Noticed: 21

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2016.
db             +Bruce A. Herster,   603 Service Ave.,   Sharon, PA 16146-3140
14159098       +AAA Debt Recovery Inc.,   PO Box 129,   Monroeville, PA 15146-0129
14159100       +Advanced Recovery System,   901 E 8th Ave. Ste 206,   King of Prussia, PA 19406-1354
14159101       +Aspen Dental,   PO Box 1578,   Albany, NY 12201-1578
14228142        BANK OF AMERICA, N.A.,   P.O. Box 31785,   Tampa FL 33631-3785
14159102        Bank of America, NA,   PO Box 15222,   Wilmington, DE 19886-5222
14159103       +Bay Area Credit Service LLC,   P.O. Box 467600,   Atlanta, GA 31146-7600
14159104      ++COLLECTION SERVICE CENTER INC,   363 VANADIUM ROAD,   STE 109,   PITTSBURGH PA 15243-1477
               (address filed with court: Collection Service Center, Inc.,   P.O. Box 14931,
                 Pittsburgh, PA 15234-0931)
14159105        Constellation New Energy,   PO Box 9037,   c/o Credit Protection Assoc,
                 Addison, TX 75001-9037
14159106        Convergent Outsourcing Inc.,   PO Box 9004,   Renton, WA 98057-9004
14159107        Enhanced Recovery Corp,   PO Box 23870,   Jacksonville, FL 32241-3870
14231383       +Exeter Finance Corp.,   P.O. Box 167399,   Irving, TX 75016-7399
14159109        Exeter Finance Corp.,   PO Box 204480,   Dallas, TX 75320-4480
14159110       +RMS,   4836 Brecksville Rd.,   PO Box 523,   Richfield, OH 44286-0523
14159111        Sharon Regional Health System,   PO Box 74008005,   Chicago, IL 60674-8005
14159113       +United Consumer Financial Services,   865 Basset Rd.,   Westlake, OH 44145-1194

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jul 12 2016 02:35:36      Exeter Finance Corp.,
                 c/o Ascension Capital Group,   P.O. Box 201347,   Arlington, TX 76006-1347
14159099       +E-mail/Text: seinhorn@ars-llc.biz Jul 12 2016 01:56:31      Ability Recovery Services,
                 PO Box 4031,   Wyoming, PA 18644-0031
14159108       +E-mail/Text: bankruptcies@escallate.com Jul 12 2016 01:55:14      Escallate,
                 5200 Stoneham Rd.,   North Canton, OH 44720-1584
14159112       +E-mail/Text: bankruptcydepartment@tsico.com Jul 12 2016 01:56:29      Transworld Systems Inc.,
                 PO Box 15273,   Wilmington, DE 19850-5273
14164978       +E-mail/Text: rmcbknotices@wm.com Jul 12 2016 01:56:27      Waste Management,
                 2625W Grandview Rd Ste 150,   Phoenix, AZ 85023-3109
                                                                                              TOTAL: 5

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              David J. Graban    on behalf of Debtor Bruce A. Herster graban@verizon.net
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```