Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Bruce A. Herster** | : | Case No. 16−10001−TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

# ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this **10th day of January, 2017,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 16-10001-TPA
Bruce A. Herster                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: jmar               Page 1 of 2               Date Rcvd: Jan 10, 2017
                              Form ID: 309             Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2017.
db             +Bruce A. Herster,    603 Service Ave.,    Sharon, PA 16146-3140
14159098       +AAA Debt Recovery Inc.,    PO Box 129,    Monroeville, PA 15146-0129
14159100       +Advanced Recovery System,    901 E 8th Ave. Ste 206,    King of Prussia, PA 19406-1354
14159101       +Aspen Dental,    PO Box 1578,   Albany, NY 12201-1578
14228142        BANK OF AMERICA, N.A.,    P.O. Box 31785,    Tampa FL 33631-3785
14159103       +Bay Area Credit Service LLC,    P.O. Box 467600,    Atlanta, GA 31146-7600
14159104      ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,   PITTSBURGH PA 15243-1477
                (address filed with court: Collection Service Center, Inc.,     P.O. Box 14931,
                 Pittsburgh, PA 15234-0931)
14159107        Enhanced Recovery Corp,    PO Box 23870,    Jacksonville, FL 32241-3870
14231383       +Exeter Finance Corp.,    P.O. Box 167399,    Irving, TX 75016-7399
14159109        Exeter Finance Corp.,    PO Box 204480,    Dallas, TX 75320-4480
14159110       #+RMS,   4836 Brecksville Rd.,   PO Box 523,    Richfield, OH 44286-0523
14159111        Sharon Regional Health System,    PO Box 74008005,    Chicago, IL 60674-8005
14159113       +United Consumer Financial Services,    865 Basset Rd.,   Westlake, OH 44145-1194

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +EDI: AISACG.COM Jan 11 2017 01:58:00      Exeter Finance Corp.,   c/o Ascension Capital Group,
                P.O. Box 201347,    Arlington, TX 76006-1347
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 11 2017 02:09:04     Exeter Finance Corp.,
                c/o Ascension Capital Group,    P.O. Box 201347,   Arlington, TX 76006-1347
14159099       +E-mail/Text: seinhorn@ars-llc.biz Jan 11 2017 02:06:04     Ability Recovery Services,
                PO Box 4031,    Wyoming, PA 18644-0031
14159102        EDI: BANKAMER.COM Jan 11 2017 01:58:00      Bank of America, NA,   PO Box 15222,
                Wilmington, DE 19886-5222
14159105        EDI: CREDPROT.COM Jan 11 2017 01:58:00      Constellation New Energy,   PO Box 9037,
                c/o Credit Protection Assoc,    Addison, TX 75001-9037
14159106        EDI: CONVERGENT.COM Jan 11 2017 01:58:00      Convergent Outsourcing Inc.,   PO Box 9004,
                Renton, WA 98057-9004
14159108       +EDI: ESCALLATE.COM Jan 11 2017 01:58:00      Escallate,   5200 Stoneham Rd.,
                North Canton, OH 44720-1584
14159112       +E-mail/Text: bankruptcydepartment@tsico.com Jan 11 2017 02:06:00     Transworld Systems Inc.,
                PO Box 15273,    Wilmington, DE 19850-5273
14164978       +E-mail/Text: rmcbknotices@wm.com Jan 11 2017 02:05:59     Waste Management,
                2625W Grandview Rd Ste 150,    Phoenix, AZ 85023-3109
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2017                                     Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-1          User: jmar                Page 2 of 2                  Date Rcvd: Jan 10, 2017
                              Form ID: 309              Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2017 at the address(es) listed below:

```
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              David J. Graban    on behalf of Debtor Bruce A. Herster graban@verizon.net
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```