**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| BRUCE A. HERSTER | Case No.:16-10001 TPA |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 01/02/2016  and confirmed on 01/01/1900 .  The case was subsequently (E)DISMISSED PRIOR TO CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 6,974.49 |
| Less Refunds to Debtor | 6,705.55 | |
| TOTAL AMOUNT OF PLAN FUND | | 268.94 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 0.00 | |
| Trustee Fee | 268.94 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 268.94 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| BANK OF AMERICA(*)<br>   Acct: 0336 | 0.00 | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA(*)<br>   Acct: 0336 | 15,095.80 | 0.00 | 0.00 | 0.00 |
| | * * * N O N E * * * | | | |
| **Priority** | | | | |
| DAVID J GRABAN ESQ*<br>   Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BRUCE A. HERSTER<br>   Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BRUCE A. HERSTER<br>   Acct: | 6,705.55 | 6,705.55 | 0.00 | 0.00 |
| DAVID J GRABAN ESQ*<br>   Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA(*)<br>   Acct: 0336 | 600.00 | 0.00 | 0.00 | 0.00 |
| | * * * N O N E * * * | | | |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| EXETER FINANCE CORP | 2,261.30 | 0.00 | 0.00 | 0.00 |
| Acct: 8986 | | | | |
| FIRST NATIONAL BANK OF PA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 655A | | | | |
| ABILITY RECOVERY SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6056 | | | | |
| ABILITY RECOVERY SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6060 | | | | |
| ADVANCED RECOVERY SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: VLBG | | | | |
| ADVANCED RECOVERY SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: VLCA | | | | |
| ADVANCED RECOVERY SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 09FS | | | | |
| ASPEN DENTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5296 | | | | |
| BAY AREA CREDIT SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5449 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: PGBV | | | | |
| CREDIT PROTECTION ASSN. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0534 | | | | |
| CONVERGENT OUTSOURCING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3747 | | | | |
| ENHANCED RECOVERY COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7041 | | | | |
| ESCALLATE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5542 | | | | |
| WASTE MANAGEMENT** | 254.76 | 0.00 | 0.00 | 0.00 |
| Acct: 4486 | | | | |
| SHARON REG HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0078 | | | | |
| SHARON REG HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1763 | | | | |
| TRANSWORLD SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1670 | | | | |
| UNITED CONSUMER FINANCIAL SRVS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6482 | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                                              0.00

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 600.00 |
| SECURED | 15,095.80 |
| UNSECURED | 2.516.06 |

Date: 02/13/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com